IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 JUN 23  PM 3: 28
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ OD
DEPUTY

JUSTIN REGEHR,

                **Plaintiff,**

-vs-

**Case No.  A-15-CA-501-SS**

GREYSTAR MANAGEMENT SERVICES, L.P.;
GREP GENERAL PARTNER, LLC; GREYSTAR
REAL ESTATE PARTNERS, LLC; SVF
CANTEBREA LP d/b/a Alara Cantebrea
Crossing; and SVF CANTEBREA
CORPORATION d/b/a SVF Cantebrea GP
Corporation,

                **Defendants.**

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically "Plaintiff's Motion for Class Certification and Brief in Support, and Motion for Extended Briefing Schedule to Allow for Discovery" [#2 filed June 11, 2015] and a review of the history of this case in this Court is that the complaint was filed on June 11, 2015 with summons issued four days after the filing of the motion and no service on any defendant:

IT IS ORDERED that the Plaintiff's Motion for Class Certification and Brief in Support, and Motion for Extended Briefing Schedule to Allow for Discovery is DISMISSED. This motion is extraordinarily premature and is dismissed without prejudice to filing at an appropriate time.

SIGNED this the _22nd_ day of June 2015.

_Sam Sparks_

UNITED STATES DISTRICT JUDGE