# RIVERSTONE
RESIDENTIAL GROUP

## Rent Addendum

**Resident Name(s):** Justin Regehr, Lindsay Moore
**Lease Start Date:** 07/15/2013     **Unit No.:** 0932

Resident shall be charged the amount of $ __525.35__, covering either (as applicable): (i) rent and other charges (identified below) from the commencement date of this Lease through the end of the calendar month in which the Lease commences, if the commencement of the term is prior to the twentieth (20th) day of the calendar month; or (ii) rent and other charges (identified below) from the commencement of this lease through the end of the first full calendar month of this Lease if the commencement date of the term is on or after the twentieth (20th) day of the calendar month.

Beginning with the first day of the next calendar month of the term of this Lease and continuing throughout the term of this Lease (including any month-to-month renewal), Resident shall pay the following amount per month payable in advance and without demand on or before the first day of each month with *no grace period*:

| | |
|---|---|
| Base Monthly Rent | $ 958.00 |
| Less Monthly Concession Amount | $ 0.00 |
| Concession Description: | |
| Base Monthly Payment after Concession | $ 958.00 |
| **Other Monthly Charges:** | |
| Laundry Equipment   Washer Serial No. ____   Dryer Serial No. ____ | $ ____ |
| Additional Monthly Rent for Animal | $ ____ |
| Trash | $ ____ |
| Other ____ | $ ____ |
| Other ____ | $ ____ |
| Other ____ | $ ____ |
| Other ____ | $ ____ |
| Other ____ | $ ____ |
| Tax (if applicable) | $ ____ |
| **Total Monthly Rent and Other Charges after Concession (the "Rent")** | $ 958.00 |

**SPECIAL PROVISIONS:**

Certified funds required for all move-ins, and any rent received after the 4th. Residents will receive a one-time $12.50 billing convergent fee on the first statement received. This will be payable to the leasing office.

All Monthly rental payments must be made by one check, not multiple checks. Partial payment of rent is not acceptable at any time; all payments must be made in full to include all amounts due. Post-dated or third party checks will not be accepted. Payment made to the office will not be held at the request of anyone; all payments made to the office will be directly deposited. All payments made after (2) NSF's must be in the form of cashier's check or money order.

Revised 4/1/2013         Page 1         

# RIVERSTONE
RESIDENTIAL GROUP

Resident(s) Name: __Justin Regehr, Lindsay Moore__

Lease Start Date: ____07/15/2013____    Apartment No.: ____0932____

**Rent Concession:** Resident acknowledges that Residents' right to receive a Concession detailed above is conditional upon Residents' full, complete and timely performance of all obligations under this Lease and the documents pertaining to this Lease. If Resident fails to pay Rent on or before the first day of each month pursuant to the terms of this Lease during any month of this Lease term, in addition to any other rights or remedies, the Owner has as a result of Residents' default, Resident shall not be entitled to the prorated portion of the Concession attributed to that month and Resident shall owe the full amount of rent as stated in this Lease for that month (as if no concession was given) plus any applicable late charges as a result of Residents' failure to timely pay rent in the event the resident is asked to leave, is evicted or moves out prior to the expiration of this Lease or any applicable renewal period, Resident shall pay to Owner, upon demand, the full amount of the Concession in addition to any other rent, fees, charges or expenses Resident is required to pay under this Lease as a result of Residents' failure to comply with the terms of this Lease. Resident acknowledges that the Concession constitutes a discount of Rent only and not a discount of any other charges which Resident may be required to pay pursuant to the terms of this Lease.

**Month to Month Charge:** This Lease Contract will automatically renew month-to-month unless either party gives at least __60__ days written notice of termination or intent to move-out as required by paragraph __37__ (Move-Out Notice). Once the lease contract has been renewed on a Month-to-Month basis either party is required to give at least __30__ days written notice of termination of intent to vacate to move-out. A month-to-month charge in the amount of $__0.00__ will be due in addition to the below stated monthly rental rate while the Resident continues on a month-to-month lease. Communities utilizing a yield management pricing tool will pull a new Quote Rate for the apartment at the time of notice and charge that current rental rate.

_____    _____
                                    Owner Representative

_____
Resident(s) Signature