IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 FEB -8 PM 1:11

CLERK...
WESTERN...
BY_____

JUSTIN REGEHR,
    Plaintiff,

-vs-

GREYSTAR MANAGEMENT SERVICES, L.P., GREP GENERAL PARTNER, LLC, GREYSTAR REAL ESTATE PARTNERS, LLC, SVF CANTEBREA LP, and SVF CANTEBREA CORPORATION,
    Defendants.

CAUSE NO.:
A-15-CA-00501-SS

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court entered its order dismissing Plaintiff Justice Regehr's complaint, and thereafter enters the following order of dismissal:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Justin Regehr's causes of action pleaded in the original complaint against Defendants Greystar Management Services, L.P., Grep General Partner, LLC, Greystar Real Estate Partners, LLC, SVF Cantebrea LP, and SVF Cantebrea Corporation are DISMISSED WITHOUT PREJUDICE.

SIGNED this the  8th  day of February 2016.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE