2436 N. Macarthur Blvd #2410

Irving, TX 75062.

July 7th, 2017.

RECEIVED

JUL 1 4 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

United States Courthouse

Courtroom No. 2

501 W. 5th Street

Austin, TX 78701.

Ref: Case No: 1:15 – cv – 00501 - SS

Sir/Madam,

## EXCLUSION NOTICE.

This is to acknowledge the receipt of a court notice with the Case No. as above. It is true that my utility bill has been frequently and indiscriminately increased for some time now, which I have repeatedly complained to the management to no avail however, I cannot remember having any conversation with anybody or group regarding a law suit action and because of that, I hereby request the immediate removal of my name from the list. Attached herewith is a copy of the notice.

Thanks.

Sincerely,

[signature]

Joseph Nwokorie.

Regehr v. Greystar
c/o Heffler Claims Group
P.O. Box 58789
Philadelphia, PA 19102-8789

```
FIRST-CLASS
PRESORTED
U.S. POSTAGE
PAID
CHICAGO, IL
PERMIT NO. 941
```

**A Federal Court authorized this Notice. This is not a solicitation from a lawyer.**



Class Member ID: 309511 6R7N9RW

123266 5/195/3

Joseph Nwokrie
2436 N Macarthur Blvd Apt 2410
Irving, TX 75062-5450

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING

### Why are you receiving this Notice?
You are receiving this Notice because records show that you are or were a residential tenant who is or was a named party to a lease at a Greystar or Riverstone-managed apartment community in Texas, from June 11, 2011 to May 5, 2017, and whose household was billed a disputed fee relating to water and wastewater utility billing.

### What is the case about?
This class action lawsuit alleges, among other things, that Greystar Management Services, LP, Riverstone Residential Group and the owners of certain apartment properties in the state of Texas violated the Texas Water Code and Texas Administrative Code by billing residents one-time and monthly fees relating to the billing of water and wastewater utility services. The lawsuit is pending in the United States District Court for the Western District of Texas and entitled, *Regehr v. Greystar Management Services, LP, et al*, Case No. 1:15-cv-00501-SS. Defendants dispute the allegations, and it has not been determined who is correct. The Parties reached a settlement agreement to avoid the time, uncertainty and expense of further litigation without any admission of liability or wrongdoing by Defendants.

### What does the settlement provide?
If approved by the Court, the settlement will provide you and other Class Members with a share of the class settlement fund of $2.7 million. This means that if the settlement is approved you will receive a check in an amount of approximately $14.00. For a household that consists of more than one Class Member, the payment will be paid to the first-class member appearing on the lease. No claim form is required. Subject to Court approval, the plaintiff will seek an incentive award of up to $10,000, and class counsel will seek an award of attorneys' fees and expenses not to exceed $891,000. Class counsel will file an application for fees and expenses in advance of the final fairness hearing, and the application will be placed on a website for review.

### What are your options?
**Do nothing.** If you do nothing, you will remain in the settlement class, a settlement payment check will be mailed to you if the settlement is approved, and you will not be able to bring claims against Defendants about any issues related to this lawsuit. **Exclude yourself.** If you exclude yourself from the settlement by the deadline of August 18, 2017 you will not be part of the class settlement, you will not be bound by the terms, and you will not receive any settlement benefits. **Object.** You can write to the Court and let the Court know what concerns you have with the terms of the settlement by the deadline of August 18, 2017. If the Court approves the Settlement, you will be bound by the Court's order.

The Court will hold a fairness hearing on September 1, 2017 at 2:00 p.m. in Courtroom No. 2 at the United States Courthouse, 501 W. 5th Street, Austin, TX 78701 to (1) consider whether the proposed settlement is fair, reasonable and adequate, (2) to hear objections to the Settlement, and (3) decide Class Counsel's application for fees and an incentive award to the named plaintiff. You may appear at the hearing, but you are not required to appear. You may hire an attorney to appear for you, at your own expense. More information, details and key documents related to the settlement can be found at **www.GreystarWaterUtilitySettlement.com** or call toll-free 1-844-367-8811, or write Regehr v. Greystar, c/o Heffler Claims Group, P.O. Box 58789, Philadelphia, PA 19102-8789.

JOSEPH NWOKORIE
2436 N. MACARTHUR BLVD
2410 IRVING, TX 75062

NORTH TEXAS TX 750
DALLAS TX 750
12 JUL 2017 PM 6 L

SCREENED BY OSC
JUL 14 2017

78701-361399