**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FILED

2017 NOV 14  PM 2:21

CLERK
WESTERN DISTRICT COURT
OF TEXAS
BY_____

JUSTIN REGEHR,

     **Plaintiff,**

-vs-

        **Case No.  A-15-CA-501-SS**

**GREYSTAR MANAGEMENT SERVICES, L.P.;
GREP GENERAL PARTNER, LLC; GREYSTAR
REAL ESTATE PARTNERS, LLC; SVF
CANTEBREA LP d/b/a Alara Cantebrea
Crossing; and SVF CANTEBREA
CORPORATION d/b/a SVF Cantebrea GP
Corporation,**

     **Defendants.**

---

## <u>O R D E R</u>

   BE IT REMEMBERED on September 1, 2017 the Court entered its order granting final approval of class action settlement in this case.  In the settlement it is recited that the September 1, 2017 order is a final order "for purposes of appeal."  To date, there has been no notice of appeal and, therefore, this case is concluded and dismissed and the Clerk is to mark the case closed.

   SIGNED this the _14th_ day of November 2017.

          _____
        UNITED STATES DISTRICT JUDGE

